IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL VAN WINKLE,

    Plaintiff,

v.                                                    Case No. 1:23-cv-969 DHU/KRS

FANTON LOGISTICS, INC., CHEROKEE
INSURANCE COMPANY, and LASHA
KVERNADZE,

    Defendants.

**<u>STIPULATED ORDER GRANTING MOTION TO BIFURCATE AND STAY</u>**

THIS MATTER having come before the Court upon the Stipulated Motion to Bifurcate and Stay Plaintiffs' claims against Cherokee Insurance Company, Inc., the Court, having read the Motion, noting that Plaintiff consents to the relief requested by the Motion, and being fully apprised, FINDS that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Cherokee is bifurcated from the underlying personal injury trial. Proceedings against Defendant Cherokee are stayed until after a resolution of the personal injury trial.

A Protective Order is entered protecting Defendant Cherokee from discovery until the stay is lifted.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

APPROVED:

CIVEROLO, GRALOW & HILL, P.A.
By */s/ Lance D. Richards, Electronically submitted 01/19/2024*
    Lance D. Richards
    Hannah R. Jiacoletti
    P.O. Box 93940
    Albuquerque, NM  87199
    Telephone: (505) 842-8255
    richardsL@civerolo.com
    jiacolettih@civerolo.com
    *Attorneys for Fanton Logistics, Inc., and*
    *Cherokee Insurance Company*

AND


PARNALL LAW FIRM, LLC

By: *Approved via e-mail 01/19/2024*
    Brian Murray, Esq.
    PO Box 8009
    Albuquerque, NM  87198-8009
    Telephone (505) 268-6500
    Facsimile: (505) 268-8708
    BrianMurray@ParnallLaw.com
    *Attorneys for Plaintiff*