IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL VAN WINKLE,

    Plaintiff,

v.                                                       Case No. 1:23-cv-00969-DHU-KRS

FANTON LOGISTICS, INC.,
LASHA KVERNADZE,

    Defendants.

### ORDER TO AMEND COMPLAINT

THIS MATTER having come before the Court on Plaintiff's Unopposed Motion for Amended Complaint, (Doc. 25), the Court being fully advised in the premises, hereby FINDS that the motion is well-taken and shall be GRANTED.

IT IS ORDERED that Plaintiff shall file the proposed Amended Complaint, (Doc. 25-1), by **March 29, 2024**.

                                                              KEVIN R. SWEAZEA
                                                              UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

Brian J. Murray
PARNALL LAW FIRM, LLC
P.O. Box 8009
Albuquerque, NM 87198
(505) 268-6500; FAX (505) 268-8708