IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL VAN WINKLE,

    Plaintiff,

v.                                              Case No. 1:23-cv-00969-DHU-KRS

FANTON LOGISTICS, INC.,

    Defendant.

## ORDER GRANTING STIPULATED MOTION TO EXTEND INITIAL DISCLOSURE DEADLINE

THIS MATTER comes before the Court on the parties' Stipulated Motion to Extend Initial Disclosure Deadline.  The Court, having considered the Motion, finds that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that the parties' Initial Disclosures are due on or before April 30, 2024.

IT IS SO ORDERED.

                                                  Kevin Sweazea
                                                  United States Magistrate Judge

APPROVED/SUBMITTED BY:

*/s/ Lance Richards, 4/22/24*
LANCE RICHARDS
Counsel for Defendant


*/s/ Brian Murray 4/23/24*
BRIAN MURRAY
Parnall Law Firm, LLC
Counsel for Plaintiffs