**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

MICHAEL VAN WINKLE,

        Plaintiff,

v.                                                    No. 1:23-cv-969 DHU/KRS

FANTON LOGISTICS, INC.,
CHEROKEE INSURANCE COMPANY, and
LASHA KVERNADZE,

        Defendants.

**ORDER GRANTING UNOPPOSED MOTION TO STAY DISCOVERY**

      **THIS MATTER** comes before the Court on Defendant's Unopposed Motion to Stay

Discovery, (Doc. 51), filed August 29, 2024.  The parties ask to stay discovery in this case until

after Defendant's Motion to Dismiss, (Doc. 46), is ruled on, and Plaintiff receives more medical

treatment.  Considering the Motion and record of the case, the Court finds the Motion to Stay

Discovery is well-taken and shall be granted.

      IT IS THEREFORE ORDERED that the Unopposed Motion to Stay Discovery, (Doc. 51),

is GRANTED.  Discovery is STAYED and the September 19, 2024 status conference and

October 29, 2024 settlement conference are VACATED.  The Court will set a new scheduling

conference after the Motion to Dismiss is ruled on.


                               _____
                                 KEVIN R. SWEAZEA
                                 UNITED STATES MAGISTRATE JUDGE